UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON,**<br>Plaintiff,<br>v.<br>**FRESH SQUEEZED AKASH, LLC,**<br>Defendant. | Case No. 4:21-cv-05822-YGR<br><br>**ORDER DENYING MOTION TO DISMISS OR TO STAY THE ACTION**<br>Re: Dkt. No. 15 |

Defendant Fresh Squeezed Akash, LLC has filed its motion to dismiss, or alternatively, to stay the action. (Dkt. No. 15.) Having read and considered the papers, the motion is **DENIED**.

The Court **DENIES** defendant's motion to dismiss plaintiff's complaint for failure to comply with California's procedural requirements for high-frequency litigants. *See* Cal. Code Civ. Proc. §§ 425.55(a)(4)(A), 425.55(b)(1)-(2). Plaintiff's complaint does not need to meet these state pleading requirements because those requirements are state procedural rules and are not applicable in this Court. *Johnson v. Mariani*, No. 17-cv-01628-BLF, 2017 WL 2929453, *2 (N.D. Cal. July 10, 2017) (citing *Kearns v. Ford Motor Co.*, 567 F.3d 1120, 1125 (9th Cir. 2009) ("[T]he Federal Rules of Civil Procedure apply in federal court, 'irrespective of the source of the subject matter jurisdiction, and irrespective of whether the substantive law at issue is state or federal.'" (citation omitted)); *Cullen v. Netflix, Inc.*, 880 F. Supp. 2d 1017, 1022 (N.D. Cal. 2012) (applying federal rules of civil procedure in evaluating a motion to dismiss a disability discrimination complaint); *Oliver v. In-N-Out Burgers*, 286 F.R.D. 475, 477 (S.D. Cal. 2012) (noting that the provisions of Cal. Code Civ. Proc. § 425.50 conflict with Federal Rule of Civil Procedure 8(a)(2) and applying the Federal Rules)).

The Court also **DENIES** defendant's request to stay proceedings pursuant to California Civil Code section 55.54. Several courts in the Ninth Circuit have held that the ADA preempts the stay provision applied to ADA claims and that the stay is a procedural rule that does not apply in federal court. *See, e.g.*, *Johnson v. Orlando Invs. LLC*, Case No. 18-CV-00277-LHK, 2018 U.S. Dist. LEXIS 133039, at * 2-3 (N.D. Cal. Aug. 7, 2018) (collecting cases and applying *Erie Rail Co. v. Tompkins*, 304 U.S. 64 (1938)). Defendant has made no showing that a different result should be reached here.[1]

This Order terminates Dkt. No. 15.[2]

**IT IS SO ORDERED.**

Dated: October 12, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Counsel is advised to consult General Order Number 56.

[2] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that this motion is appropriate for decision without oral argument. Accordingly, the Court **VACATES** the hearing set for October 26, 2021.